IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Rebecca Lynn Gowin          ,    )
                                 )
            Plaintiff,           )
                                 )
v.                               )    CASE NO. __2:07cv1085-WKW__
                                 )
Montgomery County Commission, et al. )
                                 )
            Defendants,           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Gina Savage__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____       _____

_____       _____

_____       _____

_____       _____

__12/14/2007__                       __/s/Constance C. Walker__
        Date                         (Signature)

                                     Constance C. Walker (ASB-5510-L66C)
                                     (Counsel's Name)

                                     Gina Savage
                                     Counsel for (print names of all parties)
                                     Haskell Slaughter Young & Gallion, LLC
                                     305 S. Lawrence Street, Montgomery, Alabama  36103
                                     Address, City, State Zip Code
                                     334-265-8573
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail or U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th day of December 20 07 to:

David W. Vickers, Law Offices of Vickers, Smith & White, PLLC, 22 Scott Street, Montgomery, AL 36104

Aimee C. Smith, Law Offices of Vickers, Smith & White, PLLC, Montgomery,AL 36104

Daniel F. Beasley, Lanier Ford Shaver & Payne,PC, Post Office Box 2087, Huntsville, AL 35801

_____

_____

_____

12/13/2007 _____           /s/Constance C. Walker _____
Date                                  Signature