IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Rebecca Lynn Gowin, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv1085-WKW
)
Montgomery County Commission, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Montgomery County Detention Facility, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/14/2007
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Montgomery County Detention Facility
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
305 S. Lawrence Street, Montgomery, Alabama 36103
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail or U. S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __14th___ day of __December_____ 20__07__ to:

David W. Vickers, Law Offices of Vickers, Smith & White, PLLC, 22 Scott Street, Montgomery, AL  36104

Aimee C. Smith, Law Offices of Vickers, Smith & White, PLLC, Montgomery, AL 36104

Daniel F. Beasley, Lanier Ford Shaver & Payne, PC, Post Office Box 2087, Huntsville, AL  35801

| | |
|---|---|
| 12/13/2007 | /s/Constance C. Walker |
| Date | Signature |