IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Rebecca Lynn Gowin
_____, )
                             )
        Plaintiff,           )
                             )
v.                           )    CASE NO. 2:07cv1085-WKW
                             )             _____
Montgomery County Commission, et al.  )
_____, )
                             )
        Defendants,          )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ___Montgomery County Commission___, a ___Defendant___ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____


___12/14/2007___                           ___/s/Constance C. Walker___
        Date                               (Signature)

                                           Constance C. Walker (ASB-5510-L66C)
                                           _____
                                           (Counsel's Name)

                                           Montgomery County Commission
                                           _____
                                           Counsel for (print names of all parties)
                                           Haskell Slaughter Young & Gallion, LLC
                                           _____
                                           305 S. Lawrence Street, Montgomery, Alabama  36103
                                           _____
                                           Address, City, State Zip Code
                                           334-265-8573
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I,_Constance C. Walker_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _Electronic Mail or U. S. Mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _14th____day of _December_____ 20_07_ to:

David W. Vickers, Law Offices of Vickers, Smith & White, PLLC, 22 Scott Street, Montgomery, AL  36104

Aimee C. Smith, Law Offices of Vickers, Smith & White, PLLC, Montgomery,AL 36104

Daniel F. Beasley, Lanier Ford Shaver & Payne,PC, Post Office Box 2087, Huntsville, AL  35801

_12/13/2007_____                     _/s/Constance C. Walker_____
        Date                                          Signature