IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV 07-01085 |
| | ) |
| MONTGOMERY COUNTY COMMISSION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF JOINDER IN NOTICE OF REMOVAL

Defendant Southern Health Partners, Inc., through undersigned counsel, hereby consents to and joins in the notice of removal filed by co-defendants Montgomery County Commission, Montgomery County Detention Facility, D.T. Marshall and Gina Savage, in his individual and official capacities.

s/Daniel F. Beasley
Daniel F. Beasley
Attorney for SHP

OF COUNSEL:
Lanier Ford Shaver & Payne P.C.
P.O. Box 2087
Huntsville, AL 35801
256-535-1100
dbeasley@lfsp.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December, 2007, a true and correct copy of the foregoing was served on all counsel of record via electronic filing or by placing a copy of the same in the United States Mail, First Class Postage Prepaid to:

    David W. Vickers
    Vickers, Smith & White, PLLC
    22 Scott Street
    Montgomery, AL 36104

    Thomas T. Gallion, II
    Constance C. Walker
    Haskell Slaughter Young & Gallion, L.L.C.
    P.O. Box 4660
    Montgomery, AL 36103-4660

                                   s/Daniel F. Beasley
                                   Of Counsel