IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, | ) |
|         Plaintiff, | ) |
| v. | ) CASE NO. CV 07-01085 |
| MONTGOMERY COUNTY COMMISSION, et al., | ) |
|         Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02, Defendant Southern Health Partners, Inc., through undersigned counsel, discloses that it has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

                              s/Daniel F. Beasley
                              Daniel F. Beasley
                              Attorney for SHP

OF COUNSEL:
Lanier Ford Shaver & Payne P.C.
P.O. Box 2087
Huntsville, AL 35801
256-535-1100
dbeasley@lfsp.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of December, 2007, a true and correct copy of the foregoing was served on all counsel of record via electronic filing or by placing a copy of the same in the United States Mail, First Class Postage Prepaid to:

    David W. Vickers
    Vickers, Smith & White, PLLC
    22 Scott Street
    Montgomery, AL 36104

    Thomas T. Gallion, II
    Constance C. Walker
    Haskell Slaughter Young & Gallion, L.L.C.
    P.O. Box 4660
    Montgomery, AL 36103-4660

                                    s/Daniel F. Beasley
                                    Of Counsel