IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REBECCA LYNN GOWIN,            )
                               )
            Plaintiff,         )
                               )
v.                             )   CASE NO. CV 07-01085
                               )
MONTGOMERY COUNTY COMMISSION,  )
et al.,                        )
                               )
            Defendants.        )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, Plaintiff Rebecca Lynn Gowin, Inc., through undersigned counsel, discloses that is has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

David W. Vickers
Attorney for Plaintiff

OF COUNSEL:
Vickers, Smith & White, PLLC
22 Scott Street
Montgomery, Alabama 36104
334-264-6466

## CERTIFICATE OF SERVICE

I hereby certify that on the 27 day of December, 2007, a true and correct copy of the foregoing was served on all counsel of record by placing a copy of the same in the United States Mail, Prepaid to:

Thomas t. Gallion, II
Constance C. Walker
Haskell Slaughter Young & Gallion, L.L.C.
P.O. Box 4660
Montgomery, AL 36103

Daniel F. Beasley
Lanier Ford Shaver & Payne P.C.
P.O. Box 2087
Huntsville, AL 35801

_____
Of Counsel