UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV: 2:07-cv-01085-WKW-CSC |
| | ) |
| MONTGOMERY COUNTY COMMISSION, et al., | ) |
| | ) |
| Defendants | ) |

## MOTION TO DISMISS

Southern Health Partners, Inc. moves the Court to dismiss the claims alleged against it in the complaint in this case on the following grounds:

1.     The complaint fails to state a claim upon which relief may be granted against Southern Health Partners.

2.     While Southern Health Partners is listed in the caption of the complaint, Southern Health Partners is not identified or mentioned anywhere else in the complaint. The "Parties" section of the complaint fails to mention or identify Southern Health Partners, the body of the complaint does not contain any allegations naming or identifying Southern Health Partners, and neither of the two counts are asserted against Southern Health Partners. As

such, the complaint fails to state a claim against Southern Health Partners as a matter of law.

3. The complaint fails to state a claim against Southern Health Partners for another reason. Southern Health Partners cannot be liable in this action based on a respondeat superior theory of liability. Southern Health is not liable for the alleged constitutional torts of its employees under 42 U.S.C. § 1983 unless its employee were executing or implementing an official policy or custom of Southern Health Partners. There is no allegation that a policy or custom of Southern Health Partners caused any constitutional deprivation. For this reason too, the complaint is due to be dismissed.

        s/ Daniel F. Beasley
        Daniel F. Beasley

        s/ Scott W. Faulkner
        Scott W. Faulkner

LANIER FORD SHAVER & PAYNE, P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
Phone: 256-535-1100
Fax: 256-533-9322
E-mail:  dbeasley@lfsp.com, sfaulkner@lfsp.com

Attorneys for Defendant Southern Health Partners

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing upon with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David W. Vickers
    Aimee C. Smith
    VICKERS, SMITH & WHITE, PLLC
    22 Scott Street
    Montgomery, Alabama  36104

    Constance C. Walker
    Thomas T. Gallion, III
    HASKELL SLAUGHTER YOUNG & GALLION, LLC
    305 South Lawrence Street
    Montgomery, Alabama  36104

on this the 8th day of January, 2008.

                                                  s/ Scott W. Faulkner
                                                Scott W. Faulkner