**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **REBECCA LYNN GOWIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:07cv1085-WKW** |
| **v.** | ) | |
| | ) | |
| **MONTGOMERY COUNTY** | ) | |
| **COMMISSION, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS OF DEFENDANTS THE MONTGOMERY COUNTY**
**COMMISSIONAND THE MONTGOMERY COUNTY DETENTION FACILITY**

COME NOW the Defendants the Montgomery County Commission and the Montgomery County Detention Facility, pursuant to Rule 12(b)(6), Fed.R.Civ.P., and move this Court to dismiss Plaintiff's claims against them. Defendants show as follows:

1.    Plaintiff's claims against the Defendant Montgomery County Commission must be dismissed because the Montgomery County Commission is not a proper Defendant in this case.

2.    Plaintiff's claims against the Defendant identified in the Plaintiff's Complaint as the "Montgomery County Detention Facility" must be dismissed because this is not a legal entity capable of being sued.

3.    In support of this motion, Defendants submit a Memorandum Brief in Support of Motion to Dismiss of Defendants Montgomery County Commission and Montgomery County Detention Facility that is being filed herewith.

WHEREFORE, THE PREMISES CONSIDERED, Defendants move this Court to dismiss all of the Plaintiff's claims against them and to grant them any other relief to which they may be entitled.

> ___/s/*Constance C. Walker*
> Thomas T. Gallion, III (ASB-5295-L74T)
> Constance C. Walker (ASB-5510-L66C)
> Attorneys for the Defendants
> Montgomery County Commission and
> Montgomery County Detention Facility

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 Fax

## CERTICATE OF SERVICE

I hereby certify that on the 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

David W. Vickers
Aimee C. Smith
Law Offices of Vickers, Smith & White, PLLC
22 Scott Street
Montgomery, Alabama  36104

Daniel F. Beasley
Lanier Ford Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35801

> ___/s/*Constance C. Walker*
> OF COUNSEL

30208