**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT**

| | |
|---|---|
| **REBECCA LYNN GOWIN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 2:07cv1085-WKW** |
| **v.** ) | |
| ) | |
| **MONTGOMERY COUNTY** ) | |
| **COMMISSION, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS

COME NOW Defendants Sheriff D. T. Marshall and Gina Savage, Director of the Montgomery County Detention Facility, pursuant to Rule 12(b)(6), Fed.R.Civ.P., and move this Court to dismiss all claims asserted against them in the Plaintiff's Complaint. Defendants show as follows:

1. Plaintiff's Complaint fails to state a claim against these Defendants for which relief can be granted.

2. Plaintiff's claims based on *respondeat superior* should be dismissed because these claims are not actionable under 42 U.S.C. § 1983.

3. Plaintiff's Eighth Amendment claim should be dismissed because the Eighth Amendment provides no protection for the Plaintiff in this case.

4. Plaintiff's claims against Defendants in their official capacities should be dismissed because Defendants are entitled to immunity pursuant to the Eleventh Amendment of the United States Constitution.

5. Plaintiff's 42 U.S.C. § 1983 claims against Defendants in their official capacities should be dismissed because Defendants are not considered "persons" under 42 U.S.C. § 1983.

6. Plaintiff's claims for monetary damages against Defendants in their individual capacities should be dismissed because Defendants are entitled to qualified immunity.

7. Plaintiff's claims for declaratory relief against Defendants in their individual capacities are due to be dismissed because they are moot, and/or Plaintiff lacks standing to pursue these claims because Plaintiff is no longer incarcerated at the Montgomery County Detention Facility.

8. Plaintiff's Complaint fails to state a claim against Defendants for failure to train or for supervisor liability pursuant to 42 U.S.C. § 1983.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an order dismissing all claims against them in Plaintiff's Complaint, and awarding the Defendants any other relief to which they may be entitled.

        s/*Constance C. Walker*
        Thomas T. Gallion, III (ASB-5295-L74T)
        Constance C. Walker (ASB-5510-L66C)
        Attorneys for the Defendants
        D. T. Marshall and Gina Savage

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

David W. Vickers
Aimee C. Smith
Law Offices of Vickers, Smith & White, LLC
22 Scott Street
Montgomery, Alabama  36104

Daniel F. Beasley
Lanier Ford Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35801

/s/*Constance C. Walker*
OF COUNSEL

30217