UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CV:2:07-cv-01085-WKW-CSC |
| | ) |
| MONTGOMERY COUNTY | ) |
| COMMISSION, ET AL, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

COMES NOW the Plaintiff, Rebecca Lynn Gowin, and submit the following memorandum brief in support of her response to defendant's motions to dismiss.

1. Qualified immunity does not bar this complaint against any of the defendant governmental officials.

2. The Plaintiff's well-established Eighteenth Amendment rights were violated by the actions of the medical staff at the jail.

3. Vicarious liability is an actionable cause in this issue and the Montgomery County Commission is a proper party.

4. While the original complaint does not specifically name Southern Health Partners, it does name factious parties that cover Southern Health Partners

_____
DAVID W. VICKERS (VIC004)
AIMEE C. SMITH (SMI220)
Law Offices of VICKERS SMITH AND WHITE, P.L.L.C.
22 Scott Street, 2nd Floor

Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing upon with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Constance C. Walker
Thomas T. Gallion, III
HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Montgomery, Alabama 36104

Daniel F. Beasley
Scott W. Faulkner
LANIER FORD SHAVER & PAYNE, PC
200 West Side Square, Suite 5000
Huntsville, AL 35801

**Done** on this the 7th day of February, 2008.

_____
OF COUNSEL