IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY COUNTY )<br>COMMISSION, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:07-cv-1085-WKW |

**ORDER**

Upon oral representation from the parties that they have settled this case, it is ORDERED that the parties submit a joint stipulation of dismissal on or before **March 10, 2008.**

DONE this 27th day of February, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE