IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY COUNTY COMMISSION, )<br>et al., )<br>)<br>       Defendants. ) | CASE NO. CV 07-01085 |

## **MOTION FOR EXTENSION**

Defendant SOUTHERN HEALTH PARTNERS, through undersigned counsel, moves the court to extend the deadline to file a Stipulation for Dismissal for ten days. The case is settled and will be dismissed but the parties have been unable to complete exchange of the settlement documents within the time frame ordered by the court on February 27, 2008. A 10 day extension should be sufficient for the parties to file a stipulation for dismissal.

                                                          s/Daniel F. Beasley
                                                          Daniel F. Beasley
                                                          Attorney for SHP

OF COUNSEL:
Lanier Ford Shaver & Payne P.C.
P.O. Box 2087
Huntsville, AL 35801
256-535-1100
dbeasley@lfsp.com

CERTIFICATE OF SERVICE

_____I hereby certify that on the 10th day of March, 2008, a true and correct copy of the foregoing was served on all counsel of record via electronic filing or by placing a copy of the same in the United States Mail, First Class Postage Prepaid to:

> David W. Vickers
> Vickers, Smith & White, PLLC
> 22 Scott Street
> Montgomery, AL 36104
>
> Thomas T. Gallion, II
> Constance C. Walker
> Haskell Slaughter Young & Gallion, L.L.C.
> P.O. Box 4660
> Montgomery, AL 36103-4660

s/Daniel F. Beasley
Of Counsel