IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REBECCA LYNN GOWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-1085-WKW |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Extension, it is ORDERED that the motion is GRANTED and the deadline for filing a stipulation of dismissal is extended from March 10, 2008 to **March 21, 2008**.

DONE this 12th day of March, 2008.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE