IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA LYNN GOWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV 07-01085 |
| | ) |
| MONTGOMERY COUNTY COMMISSION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by stipulation of the parties as evidenced by signatures of counsel below, Plaintiff's claims against Defendants having been resolved to the satisfaction of the parties, Plaintiff gives notice that the above-referenced cause is voluntarily dismissed with prejudice.

Respectfully submitted this the 31st day of March, 2008.

s/David W. Vickers
David W. Vickers
Vickers and Smith PLLC
22 Scott Street, Second Floor
Montgomery, AL 36104
334-269-1192
Fax: 334-265-1926
email: dwvickers@aol.com
*Attorney for Plaintiff*

s/ Constance C. Walker
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
ccw@hsy.com
305 South Lawrence Street
Montgomery, AL 36104
334-265-8573
Fax: 334-264-7945
*Attorney for Montgomery County Commission,*
*Montgomery county Detention Facility,*
*D.T. Marshall and Gina Savage*


/s Daniel F. Beasley
Daniel F. Beasley, BPR#19915
Lanier, Ford, Shaver & Payne, P.C.
danbeasley@lfsp.com
Attorney for Southern Health Partners, Inc.
P.O. Box 2087
Huntsville, AL 35801
*Attorney for Southern Health Partners*